```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 19-01545-HWV
Nicole L Bedisky                                                  Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1          User: CynthiaBo            Page 1 of 1            Date Rcvd: Nov 12, 2019
                              Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db              Nicole L Bedisky,    12 Goodman Street,    Strausstown, PA   19559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
              Gregory S Hazlett    on behalf of Debtor 1 Nicole L Bedisky adlitem@pa.net
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicole L Bedisky,         Chapter    7

**Debtor 1**

Case No.    1:19−bk−01545−HWV

Social Security No.:
xxx−xx−6973

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 12, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CynthiaBoyle, Deputy Clerk

**fnldec** (05/18)